IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NUE CHEER FRANKLIN, as Administratrix of the Estate of Elnoria Franklin, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GARDEN STATE LIFE INSURANCE et al.,<br><br>    Defendants. | CASE NO. 2:10-cv-123-MHT<br>[wo] |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is ORDERED and ADJUDGED that this lawsuit is dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiffs, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 30th day of April, 2010.

      /s/   Myron H. Thompson
UNITED STATES DISTRICT JUDGE