IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| NUE CHEER FRANKLIN, as         )<br>Administratrix of the        )<br>Estate of Elnoria            )<br>Franklin, and GLADYS         )<br>FRANKLIN, as Alternate       )<br>Administratrix of the        )<br>Estate of Elnoria Franklin,  )<br>                              )<br>    Plaintiffs,              )<br>                              )<br>    v.                        )<br>                              )<br>GARDEN STATE LIFE             )<br>INSURANCE (GSLIC), et al.,   )<br>                              )<br>    Defendants.               ) | CIVIL ACTION NO.<br>2:10cv123-MHT<br>(WO) |

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendants Garden State Life Insurance's and Donna Tilley's motions to dismiss (doc. nos. 49 & 52) are granted.

(2) Plaintiff Nue Cheer Franklin and Gladys Franklin's motion to dismiss (doc. no. 56) is granted.

(3) Defendants Garden State Life Insurance and Tilley and the claims against them are dismissed without prejudice.

It is further ORDERED that costs are taxed against the Franklin plaintiffs, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 16th day of September, 2010.


                                                     /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE